UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-263-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO |
| | ) | CONTINUE TRIAL AND |
| DON WALKER, | ) | PRETRIAL MOTIONS DATES |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has considered the defendant's unopposed motion to continue the trial date and pretrial motions deadline, as well as Mr. Walker's knowing and voluntary speedy trial waiver. The Court grants the unopposed motion and finds that:

1.  Taking into account the exercise of due diligence, not granting a continuance in this case would deny Mr. Walker's counsel reasonable time necessary for effective preparation of this case given that this case involves seven separate alleged incidents, and given counsel's need for additional time to review and analyze discovery materials and to conduct investigation so that counsel can effectively prepare for trial, pretrial motions, negotiations with the Government, and advising Mr. Walker. 18 U.S.C. § 3161(h)(7)(B)(iv).

2.  Given the considerations outlined above, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DATES - 1
(*Don Walker*; CR14-263-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

more speedy trial, based upon the Court's evaluation of relevant factors pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to March 16, 2015, and that pretrial motions shall be filed no later than January 22, 2015. The period of delay from the date of this order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

Dated this 17th day of October 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Vanessa Pai-Thompson*
Vanessa Pai-Thompson
Attorney for Don Walker
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DATES - 2
(*Don Walker*; CR14-263-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100