CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-263-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO STRIKE HEARING |
| DON WALKER, | ) | |
| Defendant. | ) | |

THE COURT has considered the stipulated motion to strike the revocation hearing currently scheduled for August 17, 2021, in this case.

THE COURT ORDERS the revocation hearing scheduled for August 17, 2021, be stricken.

IT IS SO ORDERED.

DONE this 13th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,
s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Don Walker

ORDER GRANTING STIPULATED MOTION
TO STRIKE HEARING  - 1
(*USA v. Don Walker; CR14-263RSM*)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**